United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 19, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-40482
Summary Calendar

SOUTHERN COUNCIL OF INDUSTRIAL
WORKERS, LOCAL 2713,

Plaintiff-Counter Defendant-Appellee,

versus

BRUCE HARDWOOD FLOORING, LLC,

Defendant-Counter Claimant-Appellant.

Appeal from the United States District Court for
the Eastern District of Texas
(USDC No. 9:02-CV-270)
_____

Before REAVLEY, WIENER and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed because the arbitrator found against

insubordination on Robert's part due to nothing more than a disrespectful argument with

McDaniel. He did not find that Roberts hit or struck McDaniel. We give the award the

deference the law requires.

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.